UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ELIZABETH PETERS YOUNG,<br><br>    Plaintiffs,<br><br>v.<br><br>BTW SOLUTIONS, LLC, et al.,<br><br>    Defendants. | Civil Action No. 3:17-CV-00094-CDL |

## ORDER

The United States (the "Government"), having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), it is ORDERED that:

1. the Relator's Complaint, the Government's Notice of Intervention, and this Order be unsealed;

2. the Government serve its complaint in intervention upon Defendants, together with this Order, within 90 days pursuant to Federal Rule of Civil Procedure 4(m);

3. all other documents or orders on file in this matter remain under seal except to the extent that the seal was partially lifted by previous order of the Court; and

4. the seal shall be lifted on all matters occurring in this action after the date of this Order.

**SO ORDERED**, this 22nd day of June, 2023.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE